Order entered November 29, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01580-CV

## MICHAEL LODISPOTO, Appellant

## V.

## ADI RUVOLO, Appellee

### On Appeal from the 429th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 429-03660-2012

## ORDER

The Court has before it appellant's November 21, 2012 motion for temporary relief and appellee's November 27, 2012 response to that motion. Neither party has requested enforcement of the temporary injunction from this Court. *See* TEX. R. APP. P. 29.4. We therefore **GRANT** the motion and **STAY** the November 30, 2012 hearing in the trial court on appellee's motion for contempt, motion for order to show cause, and motion for sanctions. This stay shall remain in effect until further order of this Court.

_____
DAVID L. BRIDGES
JUSTICE